R+L CARRIERS, INC.,
Plaintiff–Appellant,

v.

PITT OHIO EXPRESS INC.,
Defendant–Appellee.

No. 2012–1471.

United States Court of Appeals,
Federal Circuit.

Feb. 6, 2013.

Anthony C. White, Thompson Hine, LLP, of Columbus, OH, argued for plaintiff-appellant. With him on the brief were Megan D. Dortenzo, of Cleveland, OH, and Stephen J. Butler, of Cincinnati, OH. Of counsel was Troy S. Prince, of Cleveland, OH.

Gretchen L. Jankowski, Buchanan Ingersoll & Rooney, PC, of Pittsburgh, PA, argued for defendant-appellee. With her on the brief was Michael L. Dever.

NEWMAN, PROST, and O'MALLEY, Circuit Judges.

### JUDGMENT

PER CURIAM.

This Cause having been heard and considered, it is

ORDERED AND ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.